# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David Nathanson, | Case No. 21-CV-0385 (SRN/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America Wrestling Association, Inc. et al., | |
| Defendants. | |

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 30, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge