## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

------------------------------------------------------------------

|  |  |
|---|---|
| DAVID NATHANSON on behalf of himself and his minor children, D.N. and G.N., <br><br> Plaintiffs, <br><br> v. <br><br><br> UNITED STATES OF AMERICA WRESTLING ASSOCIATION, INC. and MINNESOTA UNITED STATES OF AMERICA WRESTLING INC., <br><br> Defendants. | Case No. 21-cv-00385-SRN-DTS <br><br><br> **NOTICE OF FILING OF THE SETTLEMENT AGREEMENT** |

------------------------------------------------------------------

**TO: THE COURT**

   **PLEASE TAKE NOTICE** that the fully executed unredacted settlement agreement between the parties has been sent this evening to the Honorable David T. Schultz of the U.S. District Court for the District of Minnesota, via e-mail.  The parties will confer about which parts of the settlement agreement are confidential and will redact them and will file a redacted copy on the docket with this Court.

                                                 Respectfully Submitted,

Dated: August 14, 2021

                                                 **EISENBERG & BAUM, LLP**

                                                 By: _____
                                                 Andrew Rozynski, Esq.

1

24 Union Square East, Penthouse
New York, NY 10003
Telephone: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

On August 14, 2021, I electronically filed this document with the Clerk's Office using the CM/ECF system, which then sent a Notice of Electronic Filing to all registered attorneys.

Dated: August 14, 2021

Respectfully submitted,
By:

Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Telephone: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com

*Attorneys for Plaintiff*

3